No. 404. CHARLES GRING, PETITIONER, *v.* CHESAPEAKE & DELAWARE CANAL COMPANY. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Robert H. Smith* and *Mr. Jacob France* for petitioner. *Mr. Andrew C. Gray* for respondent.

No. 411. SOUTHERN RAILWAY COMPANY, PETITIONER, *v.* LEMON TOWNSEND. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. A. Henderson* and *Mr. Milton Humes* for petitioner. No appearance for respondent.

No. 414. RICHARD B. SHEPARD, PETITIONER, *v.* THE UNITED STATES. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank S. Bright* and *Mr. Jesse B. Roote* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

No. 415. ERIC P. SWENSON ET AL., PETITIONERS, *v.* JOHN W. CUNNINGHAM ET AL. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. S. Burleson* for petitioners. *Mr. Henry Sayles* for respondents.